IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HERBERT KNIGHT                          :

v.                                      : CIVIL ACTION NO. MJG-98-758

UNITED STATES OF AMERICA                :

## **O R D E R**

On September 27, 2000, a judgment order was entered reflecting that defendant's offer of judgment had been accepted in the above-captioned case. (*See* Paper No. 23). Thereafter, plaintiff filed a timely bill of costs, requesting $546.52 in reimbursement for the civil filing fee; fees for service of summons and subpoena; witness fees; copywork; and the cost of an independent medical examination. (*See* Paper No. 24).

Because this case was settled, an appeal is unlikely, and the undersigned will decide the pending taxation motion. With the exception of the $150.00 filing fee (for which a receipt can be found in the court file), the taxation request must be denied.

Local Rule 109.1.b states as follows:

> In any case where any costs other than the fee for filing the action are being requested, the bill of costs shall be supported by affidavit and *accompanied by a memorandum setting forth the grounds and authorities supporting the request. Any vouchers or bills supporting the cost being requested shall be attached as exhibits.*

No memorandum, billing statements or invoices accompany plaintiff's Bill of Costs, and there is no particularized identification or itemization for any of the requested fees. Thus, the undersigned cannot assess whether each fee request is allowable as a proper and reasonable expense under Fed. R. Civ. P. 54(d)(1) or 28 U.S.C. §1920.

Accordingly, plaintiff shall be awarded the $150.00 filing fee as an item of cost. The

Deputy Clerk shall docket and mail copies of this Order to counsel in this case.

Dated this 20th day of October, 2000.

_____
Felicia C. Cannon
Clerk of Court